# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-30136
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

February 27, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Hamilton,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:23-CR-197-1

————————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Michael Hamilton has moved for leave to withdraw and has filed an original and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hamilton has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30136

reflected therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.   *See* 5TH CIR. R. 42.2.